# CASE ANNOUNCEMENTS

*February 18, 2011*

[Cite as *02/18/2011 Case Announcements*, 2011-Ohio-732.]

## MOTION AND PROCEDURAL RULINGS

**In re Application of Grundstein.**
On June 3, 2009, this court found Robert Grundstein to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Grundstein was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On February 10, 2011, Grundstein submitted a motion for leave to file a complaint for writ of mandamus and prohibition.

Upon consideration thereof, it is ordered by the court that the motion for leave of Robert Grundstein is denied.

**1991–0963. State v. Carter.**
Hamilton App. No. C–890513. This cause came on for further consideration upon the filing of a motion to continue the execution date for Clarence Carter.

Upon consideration of Carter's motion to continue the execution date set for Tuesday, April 12, 2011, it is ordered by the court that the motion is denied.

O'DONNELL, J., dissents.

**2010–1551. State ex rel. Dreamer v. Mason.**
Cuyahoga App. No. 93949, 2010-Ohio-4110. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellants' motion for leave to file the reply brief under seal, it is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*February 23, 2011*

[Cite as *02/23/2011 Case Announcements*, 2011-Ohio-784.]

## MOTION AND PROCEDURAL RULINGS